# COMPLAINT

(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2020 JAN -6 P 4: 29
STEPHEN C. DRIES
CLERK

(Full name of plaintiff(s))

Camarreo Larome Hodges

v.

(Full name of defendant(s))

Kenosha County Jail

Kenosha County Pre-Trial Facility

Case Number: 20-C-0018

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of Wisconsin, and is located at
(State)

1000 55TH Street Kenosha, WI 53140
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant Kenosha County Pre-Trial Facility
(Name)

is (if a person or private corporation) a citizen of _____

Complaint – 1

(State, if known)
and (if a person) resides at 1000 55TH STREET Kenosha, WI 53140-3707
(Address, if known)
and (if the defendant harmed you while doing the defendant's job)

worked for Kenosha County Jail Megan Mike Potter Martini Gloria
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

(1) Staff member c/o Ms. Megan c/o 12136-Martini c/o Ms Gloria c/o Ms. Potter c/o Mr. Mike (2) All five of them put me in the crazy chair for no aprox reason for 10 hours 11PM to 8AM (3) 08-30-2019 10:45 PM to 08-31-2019 8:00 AM (4) And segregation X-Block 4 into X-20-R Room (5) Because c/o 12136-Martini had sex with c/o Ms Megan including Ms Potter and i stated to c/o Ms Megan in c/o Ms Potter that c/o 12136-Martini gave them herpes so them officer-sir was mad at me all because some one flood they cell in i refuse to tell them who did it because thats they job not minds they get payed for that in not me so c/o Ms Megan stated was going to leave the water inside

Complaint – 2

my cell and i stated to her if i go to sleep in wake up and for get the water on my floor inside my room in i slip and fall then it would be on her so Ms Gloria stated to me that she think i am temp to suicide myself when i didn't say that at all and when i was in the crazy chair c/o Ms Megan in c/o Ms Potter refuse to give water to me in let me use the bathroom.

C. JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☒ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I dont think none of these five c/o staff member here should work for a jail based upon the decision they didn't do they job accordingly so to resolve this issue complaint they should loss they privileges job because this will not be accepted in this matter because aprox this is Wisconsin institution violation law rule's plus this is a temporary murder because i was dehydrated in dying for water in the crazy chair plus holding my bladder for aprox God dont know how long i could have mess up my inside's holding my bladder for so long, So i will like to suit for $75,000 Because they fail to do they job the correctly way. Due to these 5 c/o staff member acting like kids when this suppose to be a business

Complaint – 4

E.  JURY DEMAND

I want a jury to hear my case.

☒ – YES        ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __28__ day of __December__ 20_19_.

Respectfully Submitted,

_Comarrieo L Hodges_
Signature of Plaintiff

__23938__
Plaintiff's Prisoner ID Number

__Kenosha County Jail 1000 55TH Street Kenosha, WI__

__53140__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☒  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.